JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE WALKER, | Case No. EDCV 21-419-JFW (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| STATE OF CALIFORNIA, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's (1) federal claims are dismissed with prejudice and without leave to amend and (2) state law claims are dismissed without prejudice.

Dated: September 14, 2021

_____
HONORABLE JOHN F. WALTER
United States District Judge